**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ROY HARTMAN,                                  )
                                              )
    Plaintiff,                                )
                                              )
v.                                            )    Case No. CIV-26-831-D
                                              )
TANSHANNA GOLDEN, et al.,                     )
                                              )
    Defendants.                               )

## <u>ORDER</u>

Before the Court is Plaintiff's pro se Complaint [Doc. No. 1]. Upon review, the Court finds that the Complaint does not comply with Federal Rule of Civil Procedure 8. Rule 8 requires a complaint to contain "(1) a short and plain statement of the grounds for the court's jurisdiction…; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." Fed. R. Civ. P. 8(a). Pro se litigants are not excused from Rule 8's requirements. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) ("[A] pro se plaintiff requires no special legal training to recount the facts surrounding his alleged injury, and he must provide such facts if the court is to determine whether he makes out a claim on which relief can be granted.").

Although a pro se complaint must be liberally construed, "the court cannot take on the responsibility of serving as the litigant's attorney in constructing arguments and searching the record." *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

Plaintiff's Complaint consists of one allegation— "Defendants violated fourteenth amendment rights." [Doc. No. 1]. Plaintiff fails to plead any facts that show he is entitled to relief. Further, Plaintiff fails to allege a jurisdictional basis for his complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED** without prejudice. Within 14 days from the issuance of this Order, Plaintiff may file an amended complaint that complies with Rule 8(a). If no pleading is filed within 14 days, this action will be dismissed without prejudice as to a future filing and without further notice.

**IT IS SO ORDERED** this 17th day of April, 2026.

_____

TIMOTHY D. DeGIUSTI
Chief United States District Judge

2